IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00329–EWN

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  JOHNATHAN DARNELL ROBINSON,

 Defendant.

---

### ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

 This matter is set for a two-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **December 8, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

 **ORDERED** that the deadline for filing all motions is October 31, 2008. All responses shall be filed by November 7, 2008. A hearing on the motions will be scheduled at a later date, if necessary. Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing. It is further

 **ORDERED** that a change of plea hearing is scheduled to commence at 4:15 o'clock p.m. on Friday, **November 21, 2008**. The deadline for submitting the plea agreement and statement

1

of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Wednesday, November 19, 2008.

Dated: October 6, 2008